IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON HAUG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO.: 2:20-CV-00511-RSM |
| C.R. BARD, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter comes before the Court on the Parties' *Joint Stipulation of Dismissal Without Prejudice*. IT IS HEREBY ORDERED that said Stipulation is **GRANTED** and the case is dismissed, with each party to bear its own attorneys' fees and costs.

SO ORDERED, this 4th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE